**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jermaine CHAPMAN, Defendant—Appellant.**

No. 08–7714.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2008.

Decided: Dec. 24, 2008.

Jermaine Chapman, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Chapman appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Chapman,* No. 4:07–cr–00022–WDK–JEB–1 (E.D.Va. July 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*